

FILED

September 21, 2007

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0000906182

Henry D. Nunez   #63412
Attorney at Law
4478 West Spaatz Avenue
Fresno, California   93722
Telephone: (559) 437-9200
Facsimile: (559) 437-3927

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

|  |  |
|---|---|
| In re | Case No. 07-12091-A-13F |
| CESAR DELAMORA MORFIN and ANGELA MARIE MORFIN, | D.C. No. HDN-1 |
|  | Chapter 13 |
| Debtors. | Date:   November 8, 2007 |
|  | Time:   1:30 p.m. |
|  | Place:  United States Courthouse |
|  | 2500 Tulare Street, Fifth Floor |
|  | Courtroom 11, Department A |
|  | Fresno, CA   93721 |

## MOTION FOR CONFIRMATION OF FIRST MODIFIED CHAPTER 13 PLAN

TO: THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, WHITNEY RIMEL:

The debtors herein move for an order for confirmation of their proposed First Modified Chapter 13 plan based on the following representations:

1.      Debtors filed their Chapter 13 petition and plan on July 13, 2007.

2.      Debtors propose a First Modified Chapter 13 Plan, to provide for the payment of two additional Class Four secured creditors inadvertently omitted from the original petition.

3.      The debtors respectfully represents that their First Modified Chapter 13 Plan should be confirmed because:

1        a.      The FMP complies with the applicable provisions of Chapter 13 within the

2 meaning of 11 U.S.C. § 1325(a)(1);

3        b.      There are no fees, charges, or amounts required under Chapter 13 of Title

4 28 to be paid;

5        c.      The debtors have proposed the FMP in good faith and not by any means

6 forbidden by law within the meaning of 11 U.S.C. §1325 (a)(3);

7        d.      The value that will be distributed to creditors under the FMP equals or

8 exceeds what they would receive in a Chapter 7 proceeding.

9        e.      Each holder of an allowed secured claim will retain its lien under the FMP

10 and the plan proposes to pay each such holder value, as of the effective date of the plan,

11 equal to the value of the creditor's collateral; and

12        f.      the debtors will be able to make all payments required by the FMP, and the

13 debtors will file and serve a Modified Wage Order, if needed.

14    4.      Debtors' First Modified Chapter 13 Plan meets the standards for confirmation

15 listed in 11 U.S.C. §1325 and otherwise qualifies for relief under Chapter 13.

16

17    WHEREFORE debtors prays this Court CONFIRM the debtors' FMP Chapter 13 plan as

18 provide   herein and for that other and further relief this Court deems proper and just in the

19 premises.

20    Dated: September 20, 2007

21                //S//:   Henry D. Nunez

22                _____

23                Henry D. Nunez

24

25

26

27

28