M. NELSON ENMARK, ESQ. #032477
CHAPTER 13 TRUSTEE
3447 WEST SHAW AVENUE, SUITE A
FRESNO, CA 93711-3204
TELEPHONE: (559) 277-3995
FACSIMILE: (559) 277-0306



FILED
NOV 29 2007
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:

CESAR & ANGELA MORFIN,

    DEBTOR(S).

CASE NO.: 07-12091-A-13F

CHAPTER 13 PROCEEDING

JUDGE: HON. WHITNEY RIMEL

ORDER CONFIRMING THIRD MODIFIED PLAN

    The First Modified Chapter 13 plan of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

    Therefore, IT IS ORDERED that the First Modified Plan filed on September 14, 2007 is confirmed.

    IT IS FURTHER ORDERED that:

    1.    The debtor(s) shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor(s) address;

    2.    The debtor(s) shall immediately notify the trustee in writing of any termination,

reduction of, or other change in the employment of the debtor(s); and

    3.    The debtor (s) shall appear in court whenever notified to do so by the court.

IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. §1323, the plan is amended is as follows: *N.A.*

DATED: *11/29/07*

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

_____
M. NELSON ENMARK
Approved by the Chapter 13
Trustee as to form.