0063-1M-EPIEXX-00115617-396504
Filed 11/03/11
Case 07-12091
FILED
November 03, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D58

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

In re: CESAR DELAMORA MORFIN
ANGELA MARIE MORFIN
Debtor(s)

Case No.: 07-12091-A-13F

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Michael H. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/13/2007.
2) The plan was confirmed on 11/29/2007.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 07/27/2011.
6) Number of months from filing or conversion to last payment: 48.
7) Number of months case was pending: 50.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 107,250.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $7,200.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$7,200.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $2,000.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $576.98 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,576.98** |
| Attorney fees paid and disclosed by debtor: | $1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCESS CAPITAL SERVICES | Unsecured | 15,213.52 | 15,356.16 | 15,356.16 | 1,132.91 | .00 |
| ACCESS CAPITAL SERVICES | Unsecured | NA | 486.11 | 486.11 | 35.97 | .00 |
| ACCESS CAPITAL SERVICES | Unsecured | NA | 1,950.08 | 1,950.08 | 143.86 | .00 |
| B-REAL, LLC | Unsecured | 17,789.16 | 16,887.68 | 16,887.68 | 1,245.88 | .00 |
| BUCHALTER NEMER | Other | NA | .00 | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING, INC | Secured | 306,000.00 | 306,527.52 | 304,297.50 | .00 | .00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 3,871.24 | 4,263.69 | 4,263.69 | 314.55 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 3,491.02 | 4,065.74 | 4,065.74 | 299.95 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 7,848.92 | 8,618.12 | 8,618.12 | 635.80 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 3,573.82 | 3,173.13 | 3,173.13 | 234.10 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 686.62 | 686.62 | 50.66 | .00 |
| EDUCATIONAL EMPLOYEES | Unsecured | 2,432.77 | 1,940.51 | 1,940.51 | 143.16 | .00 |
| EDUCATIONAL EMPLOYEES CR UN | Unsecured | NA | 500.00 | 500.00 | 36.60 | .00 |
| EDUCATIONAL EMPLOYEES CREDIT UN | Secured | 8,200.00 | NA | NA | .00 | .00 |
| FIA CARD SERVICES N A | Unsecured | 576.80 | NA | NA | .00 | .00 |

0063-1M-EPIEXX-00115617-396504
Filed 11/03/11    Case 07-12091    Doc 58

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

In re: CESAR DELAMORA MORFIN  
      ANGELA MARIE MORFIN  
Debtor(s)

Case No.: 07-12091-A-13F

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FIA CARD SERVICES NA | Unsecured | NA | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Unsecured | NA | NA | NA | .00 | .00 |
| GE MONEY BANK/GREENTREE | Secured | 37,000.00 | 36,529.60 | 36,529.60 | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 281.61 | 470.66 | 470.66 | 34.83 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 2,342.66 | 2,734.73 | 2,734.73 | 201.76 | .00 |
| SOUTHER CALIFORNIA COLLECTION SI | Unsecured | NA | 470.00 | 470.00 | 34.78 | .00 |
| THOMAS PFIRRMAN | Unsecured | 560.00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIAL | Unsecured | 927.47 | 1,060.28 | 1,060.28 | 78.21 | .00 |
| WFNNB-LANE BRYANT RETAIL | Unsecured | 463.53 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 340,827.10 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 340,827.10 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 62,663.51 | 4,623.02 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $2,576.98 |
| Disbursements to Creditors: | $4,623.02 |
| **TOTAL DISBURSEMENTS:** | $7,200.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 09/30/2011      By: /s/Michael H. Meyer  
                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.